CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone:    (702) 804-8885
Facsimile:    (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CORTE MADERA HOMEOWNERS ASSOCIATION; SUSAN PATCHEN; THE EAGLE AND THE CROSS LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | CASE NO.: 2:16-cv-398 <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br> **Second Request** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff CITIMORTGAGE'S (hereinafter "Plaintiff"), Complaint filed on February 26, 2016.  Pursuant to Stipulation of the parties, Defendant shall have until June 1, 2016.

**Reason for this Request**

Nevada Association Services, Inc. ("NAS") and Citimortgage (together with NAS, the "Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender its defense to the Corte Madera HOA (the "Association") and allow the Association ample time to either

1 accept or reject NAS' tender.  Based on the Association's declination or failure to respond to NAS'
2 tender, the Parties now submit their Stipulation and Order to allow NAS time to file its responsive
3 pleadings.
4     This is the parties' second request for an extension.
5     DATED this 9th day of May, 2016.

| By: /s/Donna Wittig | By: /s/Christopher V. Yergensen |
|---|---|
| Donna Wittig, Esq. | Christopher V. Yergensen, Esq. |
| Nevada Bar No. 11015 | Nevada Bar No. 6183 |
| Akerman, LLP | Nevada Association Services, Inc. |
| 1160 Town Center Drive, Suite 330 | 6224 West Desert Inn Road |
| Las Vegas, NV 89144 | Las Vegas, NV 89146 |
| Telephone: 702-634-5000 | Telephone: 702-804-8885 |
| Facsimile: 702-380-8572 | Facsimile: 702-804-8887 |
| *Attorney for Plaintiff* | *Attorney for Defendant Nevada Association Services, Inc.* |

**IT IS SO ORDERED:**

_/s/ George Foley Jr._

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  May 20, 2016**