MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
          brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-Defendant CitiMortgage, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., <br><br>                         Plaintiff, <br>v. <br><br>CORTE MADERA HOMEOWNERS ASSOCIATION; SUSAN PATCHEN; THE EAGLE AND THE CROSS LLC; NEVADA ASSOCIATION SERVICES, INC., <br><br>                         Defendants. | Case No.:     2:16-cv-00398-JCM-GWF <br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SUSAN PATCHEN; and THE EAGLE AND THE CROSS LLC, <br><br>                         Counterclaimants, <br>v. <br><br>CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive; ROE Corporations 1 through 10, inclusive, <br><br>                         Counterdefendants. | |

Plaintiff and counterdefendant CitiMortgage, Inc. (**CitiMortgage**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated

{39381337;1}                                                                                    1

with the firm of Akerman LLP.  **CitiMortgage** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent **CitiMortgage** and requests that Melanie D. Morgan, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 7th day of September, 2016.

**AKERMAN LLP**

*/s/ Brett M. Coombs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-Defendant CitiMortgage, Inc.*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated this __8th__ day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39381337;1}

2