MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Defendants/Counterclaimants/Third-Party Plaintiffs, Susan Patchen, and The Eagle and The Cross LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., | CASE NO. 2:16-cv-00398-JCM-GWF |
| Plaintiff, | |
| v. | |
| CORTE MADERA HOMEOWNERS ASSOCIATION; SUSAN PATCHEN; THE EAGLE AND THE CROSS LLC; NEVADA ASSOCIATION SERVICES, INC., | **NOTICE OF DISASSOCIATION** |
| Defendants. | |
| SUSAN PATCHEN; and THE EAGLE AND THE CROSS LLC, | |
| Counter-claimants, | |
| vs. | |
| CITIMORTGAGE, INC.; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | |
| Counter-Defendants. | |
| SUSAN PATCHEN; and THE EAGLE AND THE CROSS LLC, | |
| Third-Party Plaintiffs, | |
| vs. | |

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,

       Third-Party Defendants.

Defendants/Counterclaimants/Third-Party Plaintiffs, Susan Patchen, and The Eagle and The Cross LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Defendants/Counterclaimants/Third-Party Plaintiffs, Susan Patchen, and The Eagle and The Cross LLC, and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

                LAW OFFICE OF MICHAEL BEEDE, PLLC

                By: _/s/ Michael Beede, Esq._____
                MICHAEL BEEDE, ESQ.
                Nevada Bar No. 13068
                2300 W. Sahara Ave., #420
                Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2/06/2017

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

\_\_\_ U.S. Mail

\_\_\_ U.S. Certified Mail

\_\_\_ Facsimile Transmission

\_\_\_ Federal Express

_X_ Electronic Service via CM/ECF

\_\_\_ E-Mail

　　　　　　　　　　　　　　　　　　　　/s/ Allison Zeason
　　　　　　　　　　　　　　　　　　　An Employee of the Law Office of
　　　　　　　　　　　　　　　　　　　Mike Beede, PLLC